# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD HOMES, INC., *et al*.,<br><br>    Defendants. | Case No. 2:09-CV-00594-KJD-PAL<br><br>**ORDER** |

On March 26, 2010, the parties notified the Court that a global settlement had been reached in this matter and that a written settlement agreement and stipulation and order to dismiss this case were being prepared. Since that date no proceeding of record has occurred. Accordingly, the parties are hereby ordered, no later than June 18, 2010, to file a joint status report, or a stipulation to dismiss this action.

**IT IS SO ORDERED.**

DATED this 2nd day of June 2010.

_____
Kent J. Dawson
United States District Judge