MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
CHRISTOPHER W. CARSON, ESQ.
Nevada Bar No. 9523
**THE BOURASSA LAW GROUP, LLC**
3025 West Sahara Ave., Suite 105
Las Vegas, Nevada 89102
Tel: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Defendants Carl Kaucky and Rebecca Kaucky*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDES SPECIALTY INSURANCE COMPANY, RRG<br><br>            Plaintiff,<br>      vs.<br><br>EDWARD HOMES, INC., CARL KAUCKY and REBECCA KAUCKY, individuals,<br><br>            Defendants. | Case No.: 2:09-CV-00594<br><br>**STIPULATION AND ORDER TO DISMISS ALL PARTIES WITH PREJUDICE** |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by and between all the parties to this action, Defendants CARL KAUCKY and REBECCA KAUCKY, by and through their counsel Mark J. Bourassa, Esq., PROBUILDERS SPECIALTY INSURANCE COMPANY, Plaintiff, by and through their attorneys John H. Podesta, Esq. and EDWARD HOMES, INC., by and through their counsel Mathew Pawlowski, Esq., that all Claims, Crossclaims, Counterclaims and Third-Party Claims in this matter be DISMISSED with prejudice and this matter deemed closed by the

parties and the court, with each party to bear their own fees and costs incurred herein.

DATED this 18th day of June, 2010.                                  DATED this 18th day of June, 2010.

THE BOURASSA LAW GROUP, LLC          BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

/s/ Mark J. Bourassa                 /s/John H. Podesta

MARK J. BOURASSA, ESQ.               JOHN H. PODESTA
Nevada Bar No. 7999                  Nevada Bar 7487
CHRISTOPHER W. CARSON, ESQ.          643 Bair Island Rd, ste 400
Nevada Bar No. 9523                  Redwood City, CA 94063
3025 W. Sahara Ave., Ste. 105
Las Vegas, NV 89102                  *Attorney for Plaintiff*

*Attorneys for Defendant*

DATED this 18th day of June, 2010.

CALLISTER & ASSOCIATES


/s/ Matthew Pawlowski

MATTHEW PAWLOWSKI, ESQ

Nevada Bar No. 9889
623 Las Vegas Blvd. South
Las Vegas, NV 89101

*Attorney for Defendant and Counterclaimant and Third Party Plaintiff*

## **ORDER**

UPON STIPULATOIN OF THE PARTIES, and good cause appearing, it is hereby: ORDERED, ADJUDGED and DECREED that all Claims, Crossclaims, Counterclaims and Third-Party Claims on file herein, brought by, between, amongst or against Defendants CARL KAUCKY and REBECCA KAUCKY, Plaintiff PROBUILDERS SPECIALTY INSURANCE

-3-

1  COMPANY, and Defendant and Counterclaimant EDWARD HOMES, INC., individually, be
2  DISMISSED WITH PREJUDICE and this matter be deemed closed, with each party to bear their
3  own fees and costs incurred herein.

      IT IS SO ORDERED.

      DATED this __21__ day of June, 2010.

                                               _____
                                               DISTRICT COURT JUDGE